CASE TO BE SUBMITTED WITHOUT ARGUMENT ON MAY 15, 2013

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
)
NATIONAL ASSOCIATION OF )
MANUFACTURERS *et al.*, )
    Petitioners, )
)
    v. )
)
U.S. SECURITIES AND EXCHANGE )
COMMISSION, )
    Respondent, )    Case No. 12-1422
)
    and )
)
AMNESTY INTERNATIONAL USA and )
AMNESTY INTERNATIONAL LIMITED )
    Respondents-Intervenors. )
_____)

## RESPONDENTS-INTERVENORS' RESPONSE TO PETITIONERS' MOTION TO TRANSFER

On April 30, 2013, Petitioners moved that the Court transfer this case to the U.S. District Court for the District of Columbia in light of this Court's decision in *American Petroleum Institute v. SEC*, No. 12-1398, 2013 WL 1776467 (Apr. 26, 2013). Petitioners indicated that they had consulted with the SEC concerning the motion and that the SEC did not oppose the transfer. Although Petitioners did not consult with Respondents-Intervenors before filing the motion, Respondents-

1

Intervenors also do not oppose the transfer.

                                   Respectfully submitted,

                                   /s/ Julie A. Murray
                                   Julie A. Murray
                                   PUBLIC CITIZEN LITIGATION GROUP
                                   1600 20th Street NW
                                   Washington, DC 20009
                                   (202) 588-1000

                                   *Attorney for Amnesty International of the USA, Inc. and Amnesty International Ltd.*

April 30, 2013

## CERTIFICATE OF SERVICE

I certify that on April 30, 2013, I caused the foregoing to be filed with the Clerk of the Court through the Court's ECF system, which will serve notice of the filing on all filers registered in this case.

/s/ Julie A. Murray
Julie A. Murray
